```
 1   .
 2                  UNITED STATES DISTRICT COURT
 3                    FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   KATHRYN HEUERTZ,
 7            Plaintiff,
 8   .
 9       vs.              Case No. 2:19-cv-02756-KHV-GEB
10   .
11   CAREGIVERS HOME HEALTH LLC, et al.,
12            Defendants.
13   .
14   .
15   .
16                    VIDEOTAPED DEPOSITION OF
17                          EDWARD SCHULTE,
18   taken on behalf of the Plaintiff, pursuant to
19   Notice to Take Deposition, beginning at 1:13 p.m.
20   on the 2nd day of February, 2021, taken via web
21   conference, before Terri L. Huseth, Kansas CSR
22   No. 1355, Missouri CCR No. 660, RPR.
23   .
24   .
25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604          Suite 101                  Suite 305
785-273-3063              Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com       913-383-1131               316-201-1612

## EDWARD SCHULTE

1    Q.   And how do you decide which ones you're
2  going to sit in versus which ones you're not going
3  to participate in?
4    A.   The ones I'm available for and have time
5  to sit in on.
6    Q.   Is it your preference to sit in on all
7  the interviews?
8    A.   It's nice for me to meet people who may
9  be a candidate for a job in the office.  It's not
10 mandatory.  Again, it depends how much else is
11 going on and it depends on the level of the
12 position as well.
13   Q.   Okay.  So it looks like you -- did you
14 arrange the interview with Ms. Heuertz?
15   A.   I don't recall that, but that's what that
16 looks like from the ...
17   Q.   And does this refresh your recollection
18 as to whether Patty Fisher participated in this
19 interview?
20   A.   It looks like she did.
21   Q.   Okay.  But you don't remember her being
22 present, today, as we sit here?
23   A.   I don't, no.
24   Q.   And what do you recall about your
25 conversations with -- and this could be Ms.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

1   Sanchez, Ms. Strecker or Ms. Fisher, about whether
2   or not to offer Ms. Heuertz a job?
3       A.   Well, I do recall that Heather was
4   concerned that there were several red flags there
5   as concerns.  And again there seemed to be the
6   candidate volunteered or issues that she'd had in
7   previous positions than what our typical candidate
8   would have offered.
9       Q.   Any other conversations you recall?
10      A.   I think my recollection is that Jean and
11  I also had concerns, but felt like she was young,
12  bright, and had been referred by someone from our
13  office who was doing a very good job in her
14  position, so that we were willing to give her a
15  chance.
16      Q.   So who -- who made the decision to hire
17  Ms. Heuertz?
18      A.   I would say that would probably be a
19  joint decision between Jean and I and Patty likely
20  voiced whether she felt like she was somebody that
21  she could work with on a person-to-person basis.
22  So it would have been input from everyone who was
23  there but the decision would have been mine and/or
24  Jean's in combination.
25      Q.   And are you able to tell me what the

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604           Suite 101                   Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131                316-201-1612

1   Q.   Who is Caregivers Home Care.
2   A.   Caregivers Home Care would be the private
3   duty side of Caregivers of Kansas, LLC.  I'm not
4   sure why it would have been on that letterhead,
5   but ...
6   Q.   Do you use the Caregivers Home Care title
7   interchangeably between the different businesses?
8   A.   No.  It should not be interchangeable.
9   Q.   Okay.
10  A.   But I'm not saying -- it looks like this
11  was accidental.  I'm not sure why.
12  ==Q.   Okay.  But Ms. Fisher and Ms. Stiger, to==
13  ==your recollection, were on the Medicaid side,==
14  ==Caregivers of Kansas side or, I'm sorry, Inc.?==
15  ==A.   Medicare side, Caregivers, Inc., yes.==
16  Q.   Okay.  And so this is another warning to
17  Ms. Stiger and it looks like this is your
18  signature as the employee administrator again in
19  March 2018; is that correct?
20  A.   Yes.
21  Q.   And again, the supervisor that signed it
22  was Patty Fisher; is that correct?
23  A.   Yes.
24  Q.   Okay.  And so Ms. Stiger has now been
25  given two prior warnings regarding attendance

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

EDWARD SCHULTE

1  attendance issues would be documented on forms
2  like this?
3       A.   They could be, yes, depending on the
4  gravity or how many they're seeing.  I don't know
5  that we would start a form the first time someone
6  were absent so ...
7       Q.   If you were thinking of firing an
8  employee based on absences, do you think you would
9  start recording absences on these forms?
10           MR. LANTERMAN:  Object to form.  Go
11  ahead.
12       A.   I think that there would be a -- could be
13  a difference between someone who had worked for
14  our company for a period of time and someone I
15  think when it's in their first 90 days.  I think
16  we would tend to be a little bit more formal with
17  an employee of longer standing; maybe less formal
18  in the someone who was just initiated or been with
19  the company.
20       BY MS. CRIMMINS:
21       Q.   And Jean mentioned this 90-day issue as
22  well in her deposition yesterday, but she wasn't
23  aware of any official policy that discussed a 90-
24  day period of time, probationary period or
25  something like that.  Are you aware of any such

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

EDWARD SCHULTE

1  sent, we've talked about Mr. Eaton.  Are they
2  employees -- which company are they employed by or
3  companies?
4          A.     Well, Heather Strecker would be
5  Caregivers, Inc., Elizabeth Owens would be
6  Caregivers of Centerville, Amanda Schroeder would
7  be Caregivers of Cheriton, Brandi Dixon would be
8  Caregivers of Garden City, Tish Hutchison was
9  previously the director of billing or she and
10 Patty functioned as kind of our two accounts
11 receivable and business people.
12         Q.     For which business, for all of them?
13         A.     They did the billing and processing for
14 three of the agencies.  Caregivers of Cheriton
15 does its own.  And we have an office staff person
16 who does most of the accounts receivables and
17 business for Caregivers of Kansas.
18         Q.     I'm trying to find the line here.
19 Somewhere in here, and I'm not seeing it right
20 now, it says that -- you ask your staff to
21 continue to commit to senior leadership.  Sorry
22 commit was not the word.  Continue to communicate
23 to senior leadership.  I'm just not seeing that in
24 here.  But do you -- here we go.  Do you know who
25 the senior leadership is that's referenced in your

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street            6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604               Suite 101                  Suite 305
785-273-3063                   Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com            913-383-1131               316-201-1612