**JEAN ELLEN SANCHEZ, ED.D., AS CORP REP**

```
 1   .

 2               IN THE UNITED STATES DISTRICT COURT

 3                   FOR THE DISTRICT OF KANSAS

 4   .

 5   .

 6   KATHRYN HEUERTZ,

 7           Plaintiff,

 8   .

 9       vs.              Case No. 2:19-cv-02756-KHV-GEB

10   .

11   CAREGIVERS HOME HEALTH, et al.,

12           Defendants.

13   .

14   .

15   .

16                   30(b)(6) DEPOSITION OF

17                   JEAN ELLEN SANCHEZ, Ed.D.,

18   taken on behalf of the Plaintiff, pursuant to

19   Notice to Take Deposition, beginning at 1:04 p.m.

20   on the 8th day of April, 2021, via web conference,

21   before Douglas R. Stone, RPR, Kansas CCR No. 1518,

22   Missouri CCR No.  1035.

23   .

24   .

25   .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

```
 1      BY MR. LANTERMAN:
 2      Q.   Ms. Sanchez, when you're dealing with the
 3 policies that's referred to in Exhibit 12 the --
 4 Ms. Steiger (Spelled phonetically) and the warning
 5 that you talked about that's in reference here on
 6 -- or on topic 12.  That pre-dated your employment
 7 with Caregivers, correct?
 8      A.   Yes.  I believe -- I believe it was well
 9 before 2018, if I remember correctly.
10      Q.   Okay.  And would that have also predated
11 Katie Heuertz.
12      A.   Oh, yeah.
13      Q.   And you're familiar with the employee
14 policies that were in place when Ms. Heuertz --
15      A.   Correct.
16      Q.   -- was employed, correct?
17      A.   Correct.
18      Q.   And then just one other thing.  You
19 talked about there was some questions about the I-
20 9 and the K-4?
21      A.   Uh-huh.
22      Q.   Does Caregivers, and by Caregivers I mean
23 all the entities, do they contract with Midwest
24 Health to do payroll issues?
25      A.   Yes.  We do most of the entry, and the
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

**JEAN ELLEN SANCHEZ, ED.D., AS CORP REP**

1   paychecks are produced by Midwest Health, if
2   that's what you're asking me.
3         Q.    Got it.  And so with regards to, you
4   know, handling IRS verification, the K-4, the I-9
5   and all that, that would go through the payroll
6   provider --
7         A.    Yes.
8         Q.    -- wouldn't it?
9         A.    Yes.
10        Q.    Which would be Midwest Health?
11        A.    Correct.
12              MR. LANTERMAN:  Okay.  No further
13  questions.
14              MS. CRIMMINS:  All right.  I don't have
15  any further questions at this time.
16              (THEREUPON, the deposition concluded at
17  1:33 p.m.)
18  .
19  .
20  .
21  .
22  .
23  .
24  .
25  .



Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604           Suite 101                   Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131                316-201-1612